## STATE ex rel. L. R. KNEBEL v. ORIN DANIELS.[1]

June 7, 1912.

Nos. 17,654—(21).

Case followed.

Upon the petition of L. R. Knebel, the district court for Polk county issued its writ of habeas corpus directed to the sheriff of that county. The sheriff made return that relator was detained in custody by virtue of a criminal warrant. The relator demurred to the return of the sheriff on the ground that the return did not state facts sufficient to constitute a public offense, and moved that relator be discharged from custody on the ground set out in the relator's petition, and on the further ground that the return to the court did not state facts sufficient to constitute a public offense. The matter was heard upon the petition and writ, return of sheriff, and demurrer of relator to the return, by Watts, J., who sustained the demurrer and discharged the relator from custody of the sheriff. From an order sustaining the demurrer of relator to the return, and discharging relator from custody of the sheriff, the sheriff appealed. Affirmed.

F. A. Grady and M. L. Countryman, for relator.
Eric O. Hagen, for respondent.

PER CURIAM.

The order herein appealed from is based on the same facts, and was submitted on the same argument and brief, as the case of State v. Daniels, supra, page 155, 136 N. W. 584, and is likewise affirmed.